DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. IVEY

No. 501A98

Case below: Robeson County Superior Court

Motion by defendant for new trial allowed 31 January 2002. Motion by defendant for remand for evidentiary hearing dismissed as moot 31 January 2002.

STATE v. KRIDER

No. 279A00-2

Case below: 145 N.C. App. 711

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 31 January 2002.

STATE v. LaFORTE

No. 687P01

Case below: 147 N.C. App. 525

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Motion by Attorney General to dismiss appeal dismissed as moot 31 January 2002.

STATE v. LEE

No. 673A01

Case below: 146 N.C. App. 753

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 31 January 2002.

STATE v. McMILLIAN

No. 5P02

Case below: 147 N.C. App. 707

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.